UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Mary Seguin

    v.                                      Case No. 13-cv-12-SJM-LM
                                             Opinion No. 2014 DNH 090

Textron, Inc., et al.

**O R D E R**

Before the court is a motion (doc. no. 94), filed by defendant Adler, Pollock & Sheehan, P.C. ("AP&S"), seeking to seal the terms of a settlement agreement between Textron, Inc. ("Textron") and plaintiff Mary Seguin - a former Textron employee - and also seeking to seal the unredacted memorandum of law disclosing those terms, filed by AP&S in support of its motion to dismiss. No objection has been filed.

"Placing court records out of public sight is a serious step, which should be undertaken only rarely and for good cause." R & G Mortgage Corp. v. Fed. Home Loan Mortgage Corp., 584 F.3d 1, 12 (1st Cir. 2009). "[T]he presumption in favor of access to judicial records may be overcome where 'countervailing interests heavily outweigh the public interests in access.' The burden is on the party seeking to restrict access to show "some significant interest that outweighs the presumption.'" Colony Ins. Co. v. Burke, 698 F.3d 1222, 1241 (10th Cir. 2012) (citations omitted).

The settlement agreement at issue includes a confidentiality provision. The systemic interest in avoiding disincentives to settlements favors an order granting the motion to seal, as

denying the motion and disclosing the relevant terms could deter parties from settling claims in the future.

For good cause shown, the motion to seal (doc. no. 94) is granted.  Pending further order of this court, and in accordance with LR Gen 102(c), the clerk is directed to maintain in a secure location both the settlement agreement and the unredacted memorandum of law at issue.  The documents may be unsealed only as set forth in LR Gen 102(e).

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

April 25, 2014

cc: Mary Seguin, pro se
    Rebecca T. Partington, Esq.
    Susan E. Urso, Esq.
    Mark W. Freel, Esq.
    Joseph Avanzato, Esq.
    Leslie D. Parker, Esq.
    Gordon P. Cleary, Esq.

SJM:nmd