# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Mary Seguin

    v.

Textron, Inc., et al.[1]

Case No. 13-cv-12-SJM-LM
Opinion No. 2014 DNH 123

# **O R D E R**

This court granted plaintiff fourteen days to show cause for failing to serve the complaint on each defendant named in these consolidated actions. See Order (doc. no. 198). Plaintiff has not responded to that order.

For reasons stated in that Order (doc. no. 198) and herein, all claims asserted in Seguin v. Suttell, No. 13-cv-095-JNL, against defendants Providence Police Department Chief Hugh T. Clements, Gero Meyersiek, and Rhode Island State Police Colonel

---

[1] Defendants named in the First Amended Complaints in these consolidated cases are: Textron, Inc.; Adler, Pollock & Sheehan, P.C.; Estate of Gilbert T. Rocha; McIntyre Tate, LLP; Lynch, Lynch & Friel, P.C.; Family Court guardian ad litem and Attorney Patricia A. Murray-Raposa; Dugan & Grady Law Assocs.; Providence Police Department Chief Hugh T. Clements, Jr.; Gero Meyersiek; Sophia Meyersiek a/k/a Sophia Karvunis; the Rhode Island Supreme Court, Family Court, Attorney General's Office, and Child Support Office ("CSO"); Rhode Island Supreme Court Chief Justice Paul Suttell, Governor Lincoln D. Chafee, Health and Human Services Secretary Steven M. Constantino, CSO Director Sharon A. Santilli, CSO Attorney Priscilla Glucksman, and Family Court Chief Judge Haiganush Bedrosian; Rhode Island Family Court Associate Judges John E. McCann III, Stephen J. Capineri, and Michael B. Forte; Rhode Island Family Court mediator and guardian ad litem Lori Giarrusso and Attorney General Peter Kilmartin; former Rhode Island Family Court Judge Jeremiah Jeremiah; Rhode Island Family Court Judge Kathleen Voccola; and Rhode Island State Police Colonel Steven G. O'Donnell.

Steven G. O'Donnell, are dismissed without prejudice; and all claims asserted against Peter Kilmartin and the Office of the Rhode Island Attorney General, the Rhode Island Supreme Court, Priscilla Glucksman, the Rhode Island Child Support Office, the Rhode Island Family Court, Dugan & Grady Law Associates, former Family Court Judge Jeremiah, Lynch Lynch & Friel P.C., Gero Meyersiek, Sophia Meyersiek a/k/a Sophia Karvunis, Patricia Murray-Raposa, and Family Court Judge Voccola in the First Amended Complaint (doc. no. 66) in <u>Sequin v. Textron</u>, No. 13-cv—12-SJM, are dismissed without prejudice. All other claims in these consolidated cases are dismissed with prejudice, pursuant to the order granting defendants' motions to dismiss. <u>See</u> Order (doc. no. 198).

The permanent filing restriction imposed by this court, <u>see</u> Order (doc. no. 199), and the order sealing certain records, <u>see</u> Order (doc. no. 196), shall both remain in full force and effect under the terms set forth in those orders. The clerk is directed to enter judgment and close the case.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

June 2, 2014

cc: Mary Seguin, pro se
    Rebecca T. Partington, Esq.
    Susan E. Urso, Esq.
    Mark W. Freel, Esq.
    Joseph Avanzato, Esq.
    Leslie D. Parker, Esq.
    Gordon P. Cleary, Esq.

SJM:nmd